FILED

10/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0422

STEVEN CORRY STEPHENSON, as
trustee of the Steven Corry Stephenson
Trust, amended and reinstated September
20, 2020,

    Plaintiff/Counterclaim Defendant and Appellant,

      v.

O R D E R

LONE PEAK PRESERVE, LLC, an Ohio
Limited Liability Company, and DOES 1-
10,

      Defendants/Counterclaimants and Appellees.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed electronically on October 29, 2024, this Court has determined that the brief does not comply with the below-referenced rules and must be resubmitted.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant Stephenson appended the transcript of proceedings but failed to include the order from which he appeals.

Additionally, we note that Appellant Stephenson erroneously marked his Opening Brief as belonging to Direct Appeal 24-0322. The correct number for the instant appeal is 24-0422.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the

Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
October 30 2024